1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ IMAGING, INC., a California corporation, | Case No.: CV09-08070 GAF (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| POINTE CONCEPTION MEDICAL, INC., a Delaware corporation, | |
| Defendant. | |
| POINTE CONCEPTION MEDICAL, INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| KARL STORZ IMAGING, INC., a California corporation, | |
| Counterdefendant. | |

1   Pursuant to the Court's August 1, 2011 Order: denying summary judgment
2   to plaintiff Karl Storz Imaging, Inc.'s ("Plaintiff") on its claim for infringement of
3   U.S. Patent No. 7,212,227; granting summary judgment to defendant Pointe
4   Conception Medical, Inc. ("Defendant") on Plaintiff's claim for infringement of
5   U.S. Patent No. 7,212,227 and on Defendant's counterclaim for declaratory
6   judgment of non-infringement of U.S. Patent No. 7,212,227; and granting
7   summary judgment to Defendant on Plaintiff's trademark claims for (1) trademark
8   infringement in violation of the Lanham Act, 15 U.S.C. §1114, (2) federal unfair
9   competition and false designation of origin in violation of the Lanham Act, 15
10  U.S.C. §1125, (3) common law trademark infringement; (4) unfair business
11  practices under California's unfair competition law ("UCL"), Cal. Bus. & Prof.
12  Code § 17200 et seq., and (5) common law unfair competition; and

13  Pursuant to the Court's August 1, 2011 Minute Order exercising its
14  discretion to dismiss PCM's counterclaims of invalidity and unenforceability
15  without prejudice to reinstating them in the event that the Court's Order on the
16  patent infringement claim is reversed on appeal:

17  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
18  shall have judgment in its favor against Plaintiff on all of Plaintiff's Claims and on
19  Defendant's counterclaim for Declaratory Judgment of Noninfringement of U.S.
20  Patent No. 7,212,227.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff
22  take nothing and that Defendant shall have its costs of suit.

23  IT IS SO ORDERED.

24  Dated: September 6, 2011          By:_____
                                           Gary Allen Feess
25                                         United States District Judge